# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-9613-GW-MARx | Date | July 18, 2023 |
|---|---|---|---|
| Title | *Salvador Neri v. County of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement was filed on July 17, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court now sets an order to show re: settlement hearing for August 31, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on August 29, 2023.

:

Initials of Preparer    JG