JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR NERI,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No.  CV 21-9613-GW-MARx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: September 14, 2023

*George H. Wu*
_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE